# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: CAMILLE L. LAFASTO WEST   §   Case No. 14-82222
                                 §
                                 §
         Debtor(s)                §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 07/17/2014.

2) The plan was confirmed on 09/12/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 12/09/2016.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 10/03/2016, 04/03/2017.

5) The case was converted on 07/19/2017.

6) Number of months from filing or conversion to last payment: 30.

7) Number of months case was pending: 36.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $19,226.76.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 3,890.00 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 3,865.00 |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 343.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 260.48 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 603.48 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PRAIRIE STATE LEGAL SERVICES | Lgl | 0.00 | 343.00 | 343.00 | 343.00 | 0.00 |
| URBAN FINANCIAL OF AMERICA | Sec | 3,542.69 | 3,542.69 | 3,542.69 | 1,137.79 | 0.00 |
| WINNEBAGO COUNTY TREASURER | Sec | 2,123.73 | 2,123.73 | 2,123.73 | 2,123.73 | 0.00 |
| ATG CREDIT | Uns | 302.00 | NA | NA | 0.00 | 0.00 |
| CAP1 / BERGN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,088.00 | 1,088.36 | 1,088.36 | 0.00 | 0.00 |
| CB ACCTS INC | Uns | 78.00 | NA | NA | 0.00 | 0.00 |
| CB ACCTS INC | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| CB ACCTS INC | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| CB ACCTS INC | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| CB ACCTS INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL PORTFOLIO CONTROL | Uns | 759.09 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 6,136.00 | 6,136.11 | 6,136.11 | 0.00 | 0.00 |
| CITIMORTGAGE INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMERCE BANK NA | Uns | 0.00 | 6,022.97 | 6,022.97 | 0.00 | 0.00 |
| COMMERCE BANK | Uns | 5,907.00 | NA | NA | 0.00 | 0.00 |
| COMNWLTH FIN | Uns | 776.00 | NA | NA | 0.00 | 0.00 |
| COMNWLTH FIN | Uns | 749.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COMNWLTH FIN | Uns | 746.00 | NA | NA | 0.00 | 0.00 |
| COMNWLTH FIN | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| COMNWLTH FIN | Uns | 530.00 | NA | NA | 0.00 | 0.00 |
| COMNWLTH FIN | Uns | 488.00 | NA | NA | 0.00 | 0.00 |
| COMNWLTH FIN | Uns | 488.00 | NA | NA | 0.00 | 0.00 |
| COMNWLTH FIN | Uns | 488.00 | NA | NA | 0.00 | 0.00 |
| COMNWLTH FIN | Uns | 309.00 | NA | NA | 0.00 | 0.00 |
| COMNWLTH FIN | Uns | 309.00 | NA | NA | 0.00 | 0.00 |
| COMNWLTH FIN | Uns | 297.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 759.09 | 759.09 | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CRUSADER CENTRAL CLINIC | Uns | 280.00 | 315.00 | 315.00 | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 1,328.00 | 1,328.16 | 1,328.16 | 0.00 | 0.00 |
| FOUR SEASONS LAWN LAWNCSAPE | Uns | 160.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| ILLINOIS ATTORNEY GENERAL'S | Uns | 7,381.00 | 7,381.00 | 7,381.00 | 0.00 | 0.00 |
| KOHLS / CAPONE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 968.00 | 759.09 | 759.09 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 5,578.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 3,040.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 2,134.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 917.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 841.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 190.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE | Uns | 50.00 | 228.00 | 228.00 | 0.00 | 0.00 |
| PNC BANK NA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS OF | Uns | 670.00 | NA | NA | 0.00 | 0.00 |
| RNB - FIELDS3 / MACYS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RNB - FIELDS3 / MACYS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ASSOC CLINICAL | Uns | 957.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD CARDIOLOGY | Uns | 178.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD FIRE DEPARTMENT | Uns | 663.60 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 724.00 | 4,052.40 | 4,052.40 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 612.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 590.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 700.00 | NA | NA | 0.00 | 0.00 |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ACCOUNT RECOVERY SERVICES | Uns | 67.00 | 167.50 | 167.50 | 0.00 | 0.00 |
| US BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Uns | 151.00 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP | Uns | 779.00 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP | Uns | 676.00 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP | Uns | 574.00 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP | Uns | 488.00 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP | Uns | 356.00 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP | Uns | 356.00 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP | Uns | 309.00 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP | Uns | 309.00 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP | Uns | 222.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 3,542.69 | $ 1,137.79 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 2,123.73 | $ 2,123.73 | $ 0.00 |
| **TOTAL SECURED:** | $ 5,666.42 | $ 3,261.52 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 28,637.68 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 603.48 | |
| Disbursements to Creditors | $ 3,261.52 | |
| **TOTAL DISBURSEMENTS:** | | $ 3,865.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date:  07/28/2017            By:  /s/ Lydia S. Meyer
                                  Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)